September 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**HARRIS COUNTY COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT, Appellant**

NO. 14-14-00180-CV                                    V.

**PAULA TREJO, Appellee**

_____

This cause, an appeal from the order in favor of appellee, Paula Trejo, signed, February 14, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Harris County Community Supervision and Corrections Department, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.